IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| )  | |
| Plaintiff,   ) | |
| )  | |
| v.   ) | Case No.  14-CR-20039-01-02-JAR/DJW |
| )  | |
| DONALD DOLESHAL,   ) | |
| and KENT PRICE,   ) | |
| )  | |
| Defendants.   ) | |

## INFORMATION

The United States Attorney for the District of Kansas charges:

At all times relevant to this Indictment:

1. Defendants Donald Doleshal and Kent Price were partners in three entities, Central States Underwater Contracting, Inc. (CSU), Pilecap, Inc. (Pilecap) and Central States Underwater Ltd. (CSUL).

2. Defendants maintained a bank account at the First National Bank of Olathe in the name of CSUL.  In 2003, checks were written from this account to Defendants Doleshal and Price but neither defendant caused the proceeds of those checks to be reported as income to the Internal Revenue Service.

3. Defendants Doleshal and Price used funds from the entities for payment of their personal expenses without reporting the payments as income to the Internal Revenue Service.  In 2003, funds from the bank account of CSU were used to pay credit card charges incurred for personal travel by Defendant Doleshal to the Cayman Islands and Canada.  In 2003, funds from the bank account of CSU were used to pay credit card charges incurred for personal travel by Defendant Price to Colorado and Seattle.

4. Defendants Doleshal and Price claimed as business expenses, payments made by CSU on Defendants' personal property. In 2003, both defendants claimed as business expenses, payments made on vehicles that were used for their respective spouses' personal use.

5. On June 4, 2009, Defendants Doleshal and Price provided documents to an IRS-Criminal Investigations special agent that purported to be evidence of loans paid by CSU to the Defendants. However, there was no CSU record that the payments by CSU were loans and there was no repayment to CSU of the funds.

## COUNT I
26 U.S.C. § 7201 – Tax Evasion, 2003

6. Paragraphs 1 through 5 are realleged and incorporated herein.

7. From on or before January 1, 2003, through at least June 4, 2009, in the District of Kansas and elsewhere, the defendant,

### DONALD DOLESHAL,

who during the calendar year 2003 was married, willfully attempted to evade and defeat substantial income tax due and owing by him and his spouse to the United States of America, for the calendar year 2003, by committing the following affirmative acts of evasion, among others:

   a. filing a false and fraudulent U.S. Individual Income Tax Return, Form 1040, for calendar year 2003, for himself and his spouse, on which he understated his total income;

   b. failing to report as income, checks totaling $3,750 written on the account of CSUL; and

   c. using the CSU business bank account to pay credit card charges incurred for personal expenses.

8. This was all in violation of Title 26, United States Code, Section 7201.

## COUNT 2
26 U.S.C. § 7201 – Tax Evasion, 2003

9. Paragraphs 1 through 8 are incorporated and realleged herein.

10. From on or before January 1, 2003, through at least June 2009, in the District of Kansas and elsewhere, the defendant,

**KENT PRICE,**

who during the calendar year 2003 was married, willfully attempted to evade and defeat substantial income tax due and owing by him and his spouse to the United States of America, for the calendar year 2003, by committing the following affirmative acts of evasion, among others:

    a. filing a false and fraudulent U.S. Individual Income Tax Return, Form 1040, for calendar year 2003, for himself and his spouse, on which he understated his total income;

    b. failing to report as income, checks totaling $3,750 written on the account of CSUL;

    c. using the CSU business bank account to pay credit card charges incurred for personal expenses.

11. This was all in violation of Title 26, United States Code, Section 7201.

BARRY R. GRISSOM
United States Attorney

s/ D. Christopher Oakley
D. Christopher Oakley #19248
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas  66101
(913) 551-6730
(913) 551-6541 (fax)
Ks. S. Ct. No. 19248

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

PENALTIES:

Cts. 1&2:   26 U.S.C. § 7201 – Tax Evasion

- NMT 5 years of imprisonment,
- $250,000 fine
- Three years of supervised release
- Restitution
- Reimbursement to the United States for the costs of prosecution, and
- $100 mandatory special assessment